IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01119-RPM

EDWARD ASH and
CITY AND COUNTY OF DENVER,

      Plaintiffs,
v.

JOHN CLAYTON LASKEY and
THOMAS LASKEY,

      Defendants.

_____

ORDER DENYING MOTION TO REMAND
_____

      This civil action was removed to this court by a notice of removal, filed April 27, 2011.  The plaintiff filed a motion to remand on May 12, 2011, and the defendants responded on June 3, 2011.  The grounds for remand asserted by the plaintiff are that this case was previously remanded by a *sua sponte* order entered by Judge Krieger and a denial by Judge Krieger of a motion to reopen case on the grounds that the case had been remanded.  While this Court is in disagreement with Judge Krieger's order of remand based on a perceived procedural defect with respect to showing the amount in controversy exceeds $75,000, it is clear from the new notice of removal that the damages claim far exceeds the jurisdictional amount.  The law permits a new notice of removal when facts become clear that there is diversity jurisdiction.  Accordingly, without determining the legality of Judge Krieger's orders, the defendants have clearly demonstrated an entitlement to exercise the jurisdiction of this court and it is

ORDERED that the motion to remand is denied.

DATED: June 6th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge