IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01119-RPM

EDWARD ASH and
CITY AND COUNTY OF DENVER

    Plaintiffs,

v.

JOHN CLAYTON LASKEY and
THOMAS LASKEY

    Defendants.

---

**GRANTED ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulation for Dismissal with Prejudice filed January 11, 2012, it is

ORDERED that all claims asserted by Plaintiffs Edward Ash and the City and County of Denver in this action No. 11-cv-01119-RPM are dismissed with prejudice. Each party is to pay its own costs and attorney's fees.

DATED the 11th day of January, 2012.

                BY THE COURT

                s/Richard P. Matsch

                Richard P. Matsch, Senior District Judge